UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 8, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARK ESPINOZA, ) <br> ) <br> Defendant. ) | Case No. 2:17-mj-00136-DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARK ESPINOZA, Case No. 2:17-mj-00136-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Co-signed Unsecured Appearance Bond

    \_\_\_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant shall be released on August 9, 2017 at 9:00 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 8/8/2017 at 2:50 p.m.

By _[signature]_
Edmund F. Brennan
United States Magistrate Judge