Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARK ESPINOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00140-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| MARK ESPINOZA, | |
| Defendant | |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Timothy Delgado and Defense Counsel, Dina L. Santos; Counsel for Defendant, Mark Espinoza, that the below conditions be modified as follows:

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial officer;

13. CURFEW: You must remain inside your residence every day from 9:00 p.m. to 4:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions would remain in full force and effect.

Pretrial Services is aware of these modifications and is supportive of these changes.

1

Dated: September 11, 2017        /s/ Dina L. Santos
                                 DINA SANTOS, ESQ.
                                 Attorney for Mark Espinoza


Dated: September 11, 2017        /s/ Timothy Delgado
                                 TIMOTHY DELGADO
                                 Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED**:

DATE: September 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE