Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARK ESPINOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ESPINOZA<br><br>Defendant | CASE NO. 17-00140-JAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

    It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Timothy Delgado and Defense Counsel, Dina L. Santos; Counsel for Defendant, Mark Espinoza, that the previously ordered conditions for location monitoring and curfew be deleted. All other conditions would remain in full force and effect.

    Pretrial Services is aware of these modifications and is supportive of these changes. The Amended Special Conditions of Release are attached.

Dated: May 7, 2018                                             /s/ Dina L. Santos
                                                                                           DINA SANTOS, ESQ.
                                                                                            Attorney for Mark Espinoza

1

Dated: May 7, 2018                                    /s/ Timothy Delgado
                                                      TIMOTHY DELGADO
                                                      Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

DATE:  May 7, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE