Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Mark Espinoza

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARK ESPINOZA,<br><br>                Defendant | CASE NO. 17-00140 JAM<br><br>STIPULATION TO CONTINUE J&S TO SEPTEMBER 18, 2018 AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Mark Espinoza, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date: **September 18, 2018 at 9:15 a.m.**

Reply, or Statement of Non-Opposition: **September 11, 2018**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **September 4, 2018**

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: **August 28, 2018**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **August 21, 2018**

The proposed Presentence Report shall be disclosed to counsel no later than: **August 7 , 2018**

1

IT IS SO STIPULATED.

Dated: June 4, 2018						McGregor Scott
								United States Attorney


								/s/ Timothy Delgado
								TIMOTHY DELGADO
								Assistant United States Attorney


Dated: June 4, 2018						/s/   Dina L. Santos
								DINA SANTOS, ESQ.
								Attorney for MARK ESPINOZA

## ORDER

IT IS SO FOUND AND ORDERED this 4th day of June, 2018

/s/ John A. Mendez

HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE