Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Mark Espinoza

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MARK ESPINOZA,<br><br>               Defendant | CASE NO. 2:17-CR-00140 JAM<br><br>STIPULATION TO CONTINUE J&S TO SEPTEMBER 25, 2018 AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Mark Espinoza, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date: **September 25, 2018 at 9:15 a.m.**

The request for the continuance is to allow Mr. Espinoza to continue to prepare for sentencing.

IT IS SO STIPULATED.

Dated: September 14, 2018                                            McGregor Scott
                                                                        United States Attorney

                                                                        /s/ Timothy Delgado
                                                                        TIMOTHY DELGADO
                                                                        Assistant United States Attorney

1

Dated: September 14, 2018     /s/   Dina L. Santos
                              DINA SANTOS, ESQ.
                              Attorney for MARK ESPINOZA

## ORDER

IT IS SO FOUND AND ORDERED this 14th day of September, 2018

/s/ John A. Mendez

HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE